(97 South. 844)

Ex parte Richard JEMISON. (5 Div. 869.)

(Supreme Court of Alabama. Nov. 1, 1923.)

Certiorari to the Court of Appeals.

Denson & Denson, of Opelika, and Vassar L. Allen, of Birmingham, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Richard Jemison for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Jemison v. State, 97 South. 843. Writ denied.